

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00065-CR

| | | |
|---|---|---|
| Charles James Snyder | § | From County Criminal Court No. 8 |
| | § | of Tarrant County (1295355) |
| v. | § | November 20, 2014 |
| | § | Opinion by Justice McCoy |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REHEARING

After considering the State's motion for rehearing, we deny the motion. We withdraw our October 2, 2014 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment and render a judgment of acquittal.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy_____
      Justice Bob McCoy